**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

                                  Case No. 04-80200

v.

                                  Honorable Arthur J. Tarnow

RICHARD R. MORRIS,               United States District Judge

    Defendant.

_____/

## **AMENDED ORDER**

On December 7, 2006, a panel of the Sixth Circuit affirmed this Court's July 20, 2005 determination that Morris was denied the effective assistance of counsel under the standards of both *United States v. Cronic*, 466 U.S. 648 (1984) and *Hill v. Lockhart*, 474 U.S. 52 (1985). In terms of the remedy, the Sixth Circuit concluded that this Court had the authority to dismiss the federal indictment in order to remedy the constitutional violation but lacked the authority to remand the case to state court. As a result, the case was remanded for further proceedings consistent with the opinion. Thus, for the reasons stated in the Sixth Circuit's December 7, 2006 Opinion,

**IT IS HEREBY ORDERED** that the portion of the Court's July 20, 2005 Opinion and Order related to remanding the case to state court is **VACATED** and the case remains **DISMISSED**.

                                            S/ARTHUR J. TARNOW
                                            Arthur J. Tarnow
                                            United States District Judge

Dated: May 21, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 21, 2007, by electronic and/or ordinary mail.

                                            S/THERESA E. TAYLOR
                                              Case Manager